UNITED STATES of America, Plaintiff–Appellee,

v.

Jose Luis HERNANDEZ, Defendant–Appellant.

No. 12–10640.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 19, 2013.*

Filed Nov. 26, 2013.

Michael Lee, Assistant U.S., USPX—Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Tonya Jill Peterson, Esquire, Phoenix, AZ, for Defendant–Appellant.

Before: CANBY, TROTT, and THOMAS, Circuit Judges.

MEMORANDUM **

Jose Luis Hernandez appeals from the district court's judgment and challenges his guilty-plea conviction and 120–month sentence for possession with intent to distribute cocaine, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(ii). Pursuant to *An-*

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

676

*ders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Hernandez's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Hernandez the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Hernandez has waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson,* 582 F.3d 974, 986–88 (9th Cir.2009). We accordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.